UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -v-<br><br>DERRICK PARSONS,<br><br>        Defendant. | |

                                    22-cr-516-1 (JSR)

                                    ORDER

JED S. RAKOFF, U.S.D.J.:

        Defendant is ordered to be released by the U.S. Marshals in accordance with the following requirements.

        You must be monitored by the form of location monitoring indicated below and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer.

- Location monitoring technology at the discretion of the officer.

        The selected form of location monitoring technology must be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release:

        You are restricted to your residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the officer (Home Detention).

SO ORDERED.

New York, NY
December 18, 2025

_____
JED S. RAKOFF, U.S.D.J.